UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAYDE STEELE,<br><br>　　　　　　Plaintiff,<br>　-against-<br><br>FITZPATRICK HOTEL GROUP, INC. (USA) and<br>SCOTT CASEY,<br><br>　　　　　　Defendants. | Docket No.: 15 CV 1972 (KBF) (JLC)<br><br>**DEFENDANT HOTEL GRAND CENTRAL LLC'S RULE 7.1 STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant, Hotel Grand Central LLC incorrectly named as "Fitzpatrick Hotel Group, Inc. (USA)" (hereinafter, the "Hotel"), by and through the undersigned counsel, hereby states that the Hotel is a wholly owned, direct subsidiary of Fitzpatrick Grand Central Hotel LLC, a private, non-publicly traded corporation.  Fitzpatrick Grand Central Hotel LLC is a subsidiary of Jolly Tinker, Inc., a private, non-publicly traded corporation.

Dated: New York, New York
　　　　April 16, 2015

　　　　　　　　　　　　　　　　　　**KANE KESSLER, P.C.**
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

　　　　　　　　　　　　　　　　　　By:　　　/s/ AS　　　　　　　
　　　　　　　　　　　　　　　　　　　　Alexander Soric (AS 3305)
　　　　　　　　　　　　　　　　　　1350 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, N.Y. 10019
　　　　　　　　　　　　　　　　　　Tel:  (212) 519-5178
　　　　　　　　　　　　　　　　　　Fax: (212) 541-9799