UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------×

JAYDE STEELE ,

          *Plaintiff*,

v.

FITZPATRICK HOTEL GROUP, INC. (USA) and
SCOTT CASEY,

          *Defendants*.

---------------------------------------------------------------×

Case No.: 15 CV 01972 (KBF)

**MEDIATOR EXPERTISE REQUEST**

      Pursuant to the Court's April 16, 2015 Order (Docket No.: 7), Rule 83.9 of the Local Rules of the United States District Court for the Southern District of New York, and the United States District Court for the Southern District of New York's Procedures of the Mediation Program, Plaintiff respectfully requests that the Court assign a mediator who has expertise with employment discrimination law to the above-referenced case. Plaintiff believes that the parties are more likely to have a successful mediation if the mediator has such experience.

Dated:  New York, New York
       April 20, 2015

By:  /s/ Walker G. Harman, Jr.
      Walker G. Harman, Jr. [WH-8044]
      THE HARMAN FIRM, P.C.
      *Attorneys for Plaintiff*
      1776 Broadway, Suite 2030
      New York, NY 10019
      (212) 425-2600
      wharman@theharmanfirm.com