THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1936-1986)
JOSEPH NURNBERG (1978-2003)

DARREN S. BERGER*†
PETER CAMPITIELLO
ADAM M. COHEN
STEVEN E. COHEN
GARY E. CONSTABLE†
JEFFREY H. DAICHMAN
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG
GARY E. OSTROFF
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

# KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

WRITER'S DIRECT NUMBER

(212) 519-5178
asoric@kanekessler.com

PETER R. HERMAN
ROBERT KOLODNEY
BARRY E. NEGRIN†
ROBERT L. SACKS
BRUCE M. SCHLOSS
PAUL E. SZABO
LOIS M. TRAUB
  COUNSEL

MICHAEL A. ZIMMERMAN
  OF COUNSEL

MATTHEW C. CARROLL†
LINDA M. DOUGHERTY
NIKI J. FRANZITTA
ARI M. GAMSS
MICHAEL C. LYDAKIS†
BRENDAN P. McFEELY
MITUL D. PATEL
TANYA C. POHL
GERARD SCHIANO-STRAIN
MARC S. SILVERSTEIN
ALEXANDER SORIC
JOSEPH J. VENTIMIGLIA
JONATHAN A. ZALKIN

April 24, 2015

**By ECF
and EMAIL: ForrestNYSDChambers@nysd.uscourts.gov**

Hon. Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

    Re:    <u>Steele, et al. v. Fitzpatrick Hotel Group, Inc., et al. 15 Civ. 1972 (KBF)(JLC)</u>

Dear Judge Forrest:

    This Firm represents Defendants, Hotel Grand Central, LLC, incorrectly named as "Fitzpatrick Hotel Group, Inc. (USA)" and Scott Casey (collectively, "Defendants"), in the above-captioned matter. As per Rule 1G of Your Honor's Individual Rules of Practice in Civil Cases, the Defendants respectfully request an adjournment of the start time for the Initial Pretrial Conference scheduled for May 8, 2015 at 9:30 a.m. to 12 p.m., or at another time or date convenient for the Court. No other request for an adjournment has been requested by Defendants. Plaintiff's counsel does not oppose this request. The brief adjournment is necessary as I am scheduled to appear before U.S. District Judge Valerie E. Caproni on another matter at 10:00 a.m. on that same date.

    We thank Your Honor for your consideration of this application.

                                   Most respectfully,

                                   /s/ AS
                                   Alexander Soric (AS 3305)

cc:    Walker G. Harman, Jr., Esq. (by ECF)

#395871.1