# THE HARMAN FIRM, PC

Attorneys & Counselors At Law
www.theharmanfirm.com

May 6, 2015

**VIA ECF and Email [forrestnysdchambers@nysd.uscourts.gov]**

Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 6 2015
```

*Re:*   *Jayde Steele v. Fitzpatrick Hotel Group, Inc. (USA) et al.*
       *15 CV 1972 (KBF)(JLC)*

Dear Judge Forrest:

This firm represents Plaintiff Jayde Steele in the above-referenced employment discrimination action. There is an initial conference scheduled for 12:30 p.m. on May 8, 2015.

With Defendants' counsel's consent, we respectfully request an adjournment of the conference, as the litigation is scheduled for mandatory mediation on June 29, 2015. We believe the mediation will be more likely to succeed if all parties' resources are conserved as much as possible, and propose adjourning this conference in an effort to prevent legal costs and fees from escalating. This is Plaintiff's first request for an adjournment. The Court granted Defendants' prior request to adjourn this conference from May 8, 2015, at 10:30 a.m. to 12:30 p.m.

To the extent the Court's schedule permits, the parties' counsel are available to appear in-person for the initial conference within ten (10) days of the mediation if it does not result in a resolution of all claims.

Respectfully submitted,

/s/ Walker G. Harman, Jr.
Walker G. Harman, Jr.

cc:   Alexander Soric, Esq. (via ECF and email [asoric@kanekessler.com])

Ordered

The Court sets a litigation schedule that is in place alongside any mediation or settlement efforts. You can choose to hold off on discovery as you deem appropriate -- but the schedule will be in place and will be a hard schedule. Accordingly, the request to adjourn is DENIED. /s/ K. B. Forrest, USDJ 5/6/15

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926