USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 8 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
Jayde Steele,                                                      :
                                                                   :
                                              Plaintiff(s),        :
                                                                   :     15  Civ. 1972  (KBF)
                          -v-                                      :
Fitzpatrick Hotel Group, Inc. (USA) and Scott Casey,               :     SCHEDULING ORDER
                                                                   :
                                              Defendant(s).        :
------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties [do ☐ / do not ☑] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Close of fact discovery: ~~September 11, 2015~~ **Nov. 30**. **[within 4 months unless the case is particularly complex]**

3. Close of expert discovery: ~~October 6, 2015~~ **Dec. 30**. **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

The parties contemplate experts in this matter for the following subject(s): Plaintiff's emotional distress claim _____.

4. **[For F.L.S.A. actions only]** Plaintiff(s) [do ☐ / do not ☐] anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

Proposed briefing schedule:
Opening:    _____    [30 days after initial conference]
Opp'n:      _____    [21 days after opening brief]
Reply:      _____    [7 days after opposition brief]

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

5. The parties [do ✓ / do not ☐] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) Rule 56 Motion for Summary Judgment.

   Proposed briefing schedule:
   Opening: ~~October 9, 2015~~ 12/30/15 [no later than item 3]
   Opp'n: ~~October 30, 2015~~ 1/25/16 [21 days after opening brief]
   Reply: ~~November 6, 2015~~ 2/8/16 [7 days after opposition brief]
   *Last dates to file; motions may be brought at any time.*

6. Trial [will ✓ / will not ☐] be before a jury.

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.**

7. The next status conference is set for ~~____~~ 9/28 at ~~____~~ 1 pm (telephonic).

8. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: 2/19/16.

9. The Final Pretrial Conference ("FPTC") is set for 2/25/16 at 1 pm.

   Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later. <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later. (No replies.)[2]

10. Trial in this matter shall commence on ~~____~~ 2/29/16. Trial is anticipated to take _____ [days / weeks].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.

Dated: New York, New York
       5/8, 2015

_____
KATHERINE B. FORREST
United States District Judge

---

[2] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change. The parties may request modified schedule if desired.