UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JAYDE STEELE,

                    Plaintiff,

          -v-

FITZPATRICK HOTEL GROUP, INC. (USA)
and SCOTT CASEY,

                  Defendants.
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 8, 2015
```

15-cv-1972 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      On Tuesday, September 8, 2015, the Court held a telephonic status conference in the above-referenced case.

      It is hereby ORDERED that the next telephonic status conference in this case shall occur at **1 p.m.** on **Tuesday, November 17, 2015**.

      SO ORDERED.

Dated:    New York, New York
            September 8, 2015

                                                          KATHERINE B. FORREST
                                                       United States District Judge